```
                                        FILED
                                       AUG 23 2011
                                  CLERK, U.S. DISTRICT COURT
                                SOUTHERN DISTRICT OF CALIFORNIA
                                BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11cr3712 BEN |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute (Felony) |
| MICHAEL RODRIGUEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about July 24, 2011, within the Southern District of California, defendant MICHAEL RODRIGUEZ, did knowingly and intentionally possess, with intent to distribute, 50 grams or more of a mixture and substance containing a detectable amount, to wit: approximately 2.44 kilograms (5.38 pounds) of Methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 8/23/11.

LAURA E. DUFFY
United States Attorney

for VALERIE H. CHU
Assistant U.S. Attorney

VHC:lg:San Diego
8/10/11