BRANDON M. LEBLANC
California State Bar No. 270501
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
(619) 234-8467/Fax: (619) 687-2666
Brandon_LeBlanc@fd.org

Attorneys for Mr. Michael Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 11CR3712-BEN |
| Plaintiff, | |
| v. | **DECLARATION OF MICHAEL RODRIGUEZ** |
| **MICHAEL RODRIGUEZ,** | |
| Defendant. | |

I, Michael Rodriguez, declare and state as follows:

1. My name is Michael Rodriguez and I was born on May 13, 1992.

2. My mother is Miriam Rodriguez and my father is Jaime Rodriguez.

3. On July 24, 2011, I was arrested at the United States Border Patrol Checkpoint located on Interstate 8 at or near Pine Valley, California.

4. Since my arrest, I have entered a guilty plea to the charges in my case. More specifically, on September 22, 2011, I pleaded guilty before the Honorable William McCurine to the charge of possession of methamphetamine with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1).

5. The sentencing date in my case is January 9, 2011 before the United States District Court Judge Roger T. Benitez.

6. At present, pending sentencing, I am out of custody on bond and one of the conditions of my release

1     is that I surrender my United States passport to a United States Pretrial Officer.

7. However, since my release on bond, I have been unable to locate my United States passport and believe it to be lost at this time.

8. As such, because I am unable to locate my United States passport, even after repeated searches, it is my solemn belief that I will not find it and therefore can not comply with the condition that I surrender my passport.

9. However, if I should find my United States passport, I will contact United States Pretrial Services in order to surrender it immediately.

I so declare this 5th day of October, 2011 in San Diego, California.

_____
MICHAEL RODRIGUEZ, Declarant

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

Joseph S. Smith, Jr.
Assistant U.S. Attorney
Email: joseph.s.smith@usdoj.gov

DATED: October 5, 2011            */s/ Brandon M. LeBlanc*
                                  **BRANDON M. LEBLANC**
                                  Federal Defenders of San Diego, Inc.
                                  Brandon_LeBlanc@fd.org