✳PROB 35
(Rev. 5/01)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.                                                                  Crim. No. 11CR03712-001-BEN

Michael Rodriguez

On **April 9, 2012,** the above-named was placed on **supervised release** for a period of **five** years. The offender is deemed a low risk of recidivism, has complied with the rules and conditions of supervised release and is no longer in need of supervision. Accordingly, it is recommended that the offender be discharged from supervised release.

Respectfully submitted,

*Lori Faubel* (signature)

Lori A. Faubel
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 27 day of Feb, 2018.

The Honorable Roger T. Benitez
Senior U.S. District Judge